FILED
2009 Dec-14  AM 11:51
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## AT BIRMINGHAM

| | |
|---|---|
| FELICIA PEMBERTON, an individual;  )  <br>CARRIE PEMBERTON, an individual;  )  <br>and BRANDON PEMBERTON, a minor )  <br>through his Mother and next friend,  )  <br>CARRIE PEMBERTON,  )  <br>    )  <br>    Plaintiffs,  )  <br>    )  <br>vs.  )  <br>    )  <br>JOHN P. HEILMAN, an individual,  )  <br>    )  <br>    Defendant.  ) | Civil Action Number _____ |

## COMPLAINT

1.    Plaintiff Felicia Pemberton is over the age of nineteen (19) years and is a resident citizen of the State of Mississippi.

2.    Plaintiff Carrie Pemberton is over the age of nineteen (19) years and is a resident citizen of the State of Mississippi.

3.    Plaintiff Brandon Pemberton is a minor child who sues through his Mother and next friend, Carrie Pemberton.

4.    Defendant John P. Heilman is over the age of nineteen (19) and is a resident citizen of the State of Georgia.

5.    The wreck that is the basis of this lawsuit occurred in Cullman County, Alabama.

### (Jurisdiction)

6.    A controversy exists between Plaintiffs and Defendant involving more than Seventy-Five Thousand and no/100 Dollars. ($75,000.00).

7. Jurisdiction in this case is based upon diversity of citizenship (28 U.S.C. 1332).

## COUNT I
### (Negligence and Wantonness)

8. On August 11, 2008, upon a public highway, to-wit: Interstate 65, Southbound in Cullman, Alabama, the Defendant, John P. Heilman, negligently or wantonly permitted, allowed, or caused his motor vehicle to collide with the automobile occupied by Plaintiffs.

9. As a direct or proximate consequence of the negligence or wantonness of the Defendant, the Plaintiff, Felicia Pemberton was caused to suffer the following injuries and damages:

    (a) she was caused to incur medical expenses to treat and cure her injuries;

    (b) she will be caused to incur medical expenses in the future;

    (c) she was caused to suffer physical pain and mental anguish;

    (d) she was permanently injured;

    (e) she was caused to be injured and damaged, all to her detriment.

10. As a direct or proximate consequence of the negligence or wantonness of the Defendant, the Plaintiff, Carrie Pemberton was caused to suffer the following injuries and damages:

    (a) she was caused to incur medical expenses to treat and cure her injuries;

    (b) she will be caused to incur medical expenses in the future;

    (c) she was caused to suffer physical pain and mental anguish;

    (d) she was permanently injured;

    (e) she was caused to be injured and damaged, all to her detriment.

11. As a direct or proximate consequence of the negligence or wantonness of the Defendant, the Plaintiff, Brandon Pemberton was caused to suffer the following injuries and damages:

  (a) he was caused to incur medical expenses to treat and cure his injuries;

  (b) he will be caused to incur medical expenses in the future;

  (c) he was caused to suffer physical pain and mental anguish;

  (d) he was permanently injured;

  (e) he was caused to be injured and damaged, all to his detriment.

12. The negligent and/or wanton conduct of the Defendant proximately caused the Plaintiffs' injuries as alleged herein.

**WHEREFORE**, Plaintiffs hereby demands of the Defendant, compensatory and punitive damages in an amount in excess of the jurisdictional requirements of this Court, said amount to be determined.

    Respectfully submitted,

    **FARRIS, RILEY & PITT, L.L.P.**
    Attorneys for Plaintiff

    */s/ D. Brett Turnbull*
    D. Brett Turnbull
    Thomas A. Goree
    Suite 400, Massey Building
    2025 3rd Avenue North
    Birmingham, Alabama 35203
    (205) 324-1212

**PLAINTIFFS HEREBY DEMAND A STRUCK JURY FOR THE TRIAL OF THIS CAUSE.**

    */s/ D. Brett Turnbull*
    D. Brett Turnbull
    OF COUNSEL